ARTHUR WARSITZ and Others, Respondents, v. FRANK LENAHAN & SONS, INCORPORATED, Appellant.— Order reversed on the facts, with costs, and verdict reinstated, with costs. Memorandum: The record does not require the conclusion that the mishap occurred so late in the day or that the weather conditions or any

of the circumstances attending the transaction involved were such that the jury was obligated to find negligence in the employees of defendant which was at least a concurring proximate cause of the mishap. There was reasonable justification for a finding that careless management of his automobile by plaintiff Warsitz alone — or such carelessness on the part of Warsitz and plaintiff Sigle concurrently — was the sole cause of appellant's being injured. All concur.